# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 29, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156284

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                 SC: 156284
                                 COA: 337141

ROBERT DERRELL RUCKER,
                                 Saginaw CC: 08-030784-FC
      Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the July 18, 2017 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 29, 2018



s0521

Clerk